DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAESHON MARQUIS BRINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2025-0714
_____

February 6, 2026

Appeal from the Circuit Court for Manatee County; Stephen Mathew
Whyte, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.


SILBERMAN, BLACK, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.